UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PHARMERICA CHICAGO, INC.          )
          )
          PLAINTIFF          )
          )
      v.          )
          )
          )     CASE NO. 08-C-3775
          )
          )
          )
WEST SUBURBAN CARE CENTER, LLC     )
F/K/A BLOOMINGDALE TERRACE II, LLC     )
          )
      DEFENDANT          )

## MOTION FOR DEFAULT JUDGMENT

PharMerica Chicago, Inc. ("PharMerica"), through its attorneys, and for its motion for default judgment against Defendant West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC ("West Suburban"), states as follows:

1.      On July 3, 2008, PharMerica filed its complaint against West Suburban in which it alleged that West Suburban failed to pay PharMerica for pharmacy services provided to West Suburban pursuant to a Pharmacy Services Agreement, in the amount of $207,935.94, plus prejudgment interest at the rate of 1.5% per month. On July 3, 2008, a summons was issued for service upon Abe Stern, the Registered Agent for West Suburban.

2.      On July 8, 2008, a summons, with copy of the complaint attached thereto, was duly served on West Suburban, as evidenced by the return of service, signed by Aaron Willoughby. A copy of the Proof of Service is attached hereto as **Exhibit 1** and incorporated herein by reference. Service was effected pursuant to FED. R. CIV. P. 4(h)(1).

3.      The summons directed West Suburban to answer the complaint of PharMerica within twenty (20) days of service upon it.

4.      More than twenty (20) days have elapsed since service of the summons and complaint upon West Suburban and it has not timely filed an answer or other responsive pleading herein and is wholly in default.  An affidavit of service is attached as **Exhibit 2**.

5.      As established by the affidavit of account, attached hereto as **Exhibit 3** and incorporated herein by reference, as of August 1, 2008, PharMerica is entitled to judgment against West Suburban in the amount of $248,419.28, plus its attorney fees and costs incurred herein, pre-judgment interest at the rate of 1.5% per month from August 1, 2008 until the entry of the Judgment, and post-judgment interest at the maximum rate permitted by law until paid.

6.      Because of the failure of West Suburban to file an answer or otherwise enter an appearance herein and contest any issues raised by PharMerica in its complaint and pursuant to FED. R.CIV. P. 55, PharMerica is entitled to a finding by this Court that West Suburban is wholly in default and PharMerica is entitled to a default judgment against West Suburban, in the amount of $248,419.28, plus its attorney fees and costs incurred herein, pre-judgment interest at the rate of 1.5% per month from August 1, 2008 until the entry of the Judgment, and post-judgment interest at the maximum rate permitted by law until paid.

WHEREFORE, now PharMerica Chicago, Inc., moves the Court to enter a default judgment be granted pursuant to Rule 55 of the FEDERAL RULES OF CIVIL PROCEDURE against West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC in the amount of $248,419.28, plus its attorney fees and costs incurred herein, pre-judgment interest at rate of 1.5% per month from August 1, 2008 until the entry of the Judgment, and post-judgment interest

at the maximum rate permitted by law until paid, and for all other relief to which it may be entitled.

Dated:   August 6, 2008                    Respectfully submitted,

                                           **BATES & CAREY LLP**


                                           s/ Katherine L. Hartley
                                           Mark G. Sheridan
                                           Katherine L. Hartley
                                           BATES & CAREY LLP
                                           191 North Wacker
                                           Suite 2400
                                           Chicago, IL 60606
                                           (312) 762-3100
                                           (312) 762-3200
                                           msheridan@batescarey.com
                                           khartley@batescarey.com

                                           -and-

                                           Of Counsel-

                                           Benjamin C. Fultz
                                           Phillip A. Martin
                                           Chacey R. Ford,
                                           FULTZ MADDOX HOVIOUS & DICKENS, PLC
                                           National City Tower
                                           101 South Fifth Street, Suite 2700
                                           Louisville, Kentucky 40202
                                           (502) 588-2000
                                            (502) 588-2020
                                           bfultz@fmhd.com
                                           pmartin@fmhd.com
                                           cford@fmhd.com

# Exhibit 1

## Affidavit of Process Server

08C 3775

**Pharmerica Chicago**                    vs  **West Suburban Care Center**
PLAINTIFF/PETITIONER                                    DEFENDANT/RESPONDENT                    CASE #

Being duly sworn, on my oath, I ___Aaron Willoughby___
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**  I served ___West Suburban Care Center LLC___
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ ___Summons/ Complaint___

by serving (NAME) ___Berth Rios Secretary to Abe Stern Reg Agent___
☐ at Home ___Authorize To Accept Service___
☒ Business ___10 South Wacker Dr Chicago IL 60606 Ste 4000___
☒ on (DATE) ___7-8-08___     at (TIME) ___11:30 Am___

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____ .

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely ___Bertha Rios___
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address        ☐ Evading                    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:**  Service was attempted on: ( )_____ , ( )_____
                                                    DATE  TIME              DATE  TIME
( )_____ , ( )_____ , ( )_____
    DATE  TIME              DATE  TIME              DATE  TIME

**Description:**
☐ Male        ☒ White Skin    ☒ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female      ☐ Black Skin    ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☒ 5'0"-5'3"   ☐ 100-130 Lbs.
              ☐ Yellow Skin   ☐ Blond Hair                   ☒ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
              ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses     ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

Subscribed and sworn to before me,
a notary public, this ___ day of ___July___, 20 08

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

**NAPPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

PHARMERICA CHICAGO, INC.,
Plaintiff

|  |  |
|---|---|
| CASE NUMBER: | 08CV3775 |
| ASSIGNED JUDGE: | JUDGE GUZMAN |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE COLE |

V.

WEST SUBURBAN CARE CENTER, LLC,
f/ka Boomingdale Terrace II, LLC,
Defendant

TO: (Name and address of Defendant)

West Suburban Care Center, LLC
c/o Abraham J. Stern
Registered Agent
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark G. Sheridan
Katherine L. Hartley
Bates & Carey LLP
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

**July 2, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
  discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                        Date                              *Signature of Server*


                                                 _____
                                                       *Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHARMERICA CHICAGO, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | ACTION NO. 08-C-3775 |
| | ) | |
| WEST SUBURBAN CARE CENTER, LLC | ) | |
| F/K/A BLOOMINGDALE TERRACE II, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |

**AFFIDAVIT IN SUPPORT OF
ENTRY OF DEFAULT JUDGMENT**

In support of Plaintiff's request for entry of Default Judgment, I, Katherine L. Hartley state that:

1.    I am the attorney of record for Plaintiff, PharMerica Chicago, Inc. ("PharMerica").

2.    The Summons and Complaint were served on West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC on July 8, 2008 via personal service by the Process Server, Aaron Willoughby.  (DN 7).

3.    More than 20 days have elapsed since the date of service, and the defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

4.    The defendant is not an infant, incompetent person or a member of the military service.

5.    This statement is true and is signed under the penalty of perjury.

_____

Katherine L. Hartley
BATES & CAREY LLP
500 191 North Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3100

*Attorneys for Attorneys for PharMerica Chicago, Inc*


### ACKNOWLEDGEMENT

STATE OF ILLINOIS          )
                           )
COUNTY OF  *Cook*   )

    SUBSCRIBED AND SWORN to before me this *5th* day of *Aug* , 2008.

_____
Notary Public

(SEAL)

OFFICIAL SEAL
LYNN M KLINGLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/06/09

2

# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PHARMERICA CHICAGO, INC.                    )
                                            )
            PLAINTIFF                       )
                                            )
                                            )
     v.                                     )
                                            )          **AFFIDAVIT OF ACCOUNT**
                                            )
                                            )          ACTION NO. 08-C-3775
                                            )
WEST SUBURBAN CARE CENTER, LLC              )
F/K/A BLOOMINGDALE TERRACE II, LLC          )
                                            )
            DEFENDANT                       )

** ** ** ** **

I, Berard Tomassetti, being first duly sworn, do on oath depose and state that:

1.      I am the Senior Vice President and Chief Accounting Officer for Plaintiff,

PharMerica Chicago, Inc., ("PharMerica") and am authorized by Plaintiff to submit this affidavit.

I am familiar with the books of entry and of the business of PharMerica and according to such,

Defendant West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC ("West

Suburban") is indebted under its Pharmacy Services Agreement (the "Agreement") with

PharMerica in the amount set forth below.

2.      PharMerica's claim under the Agreement between the parties is for the pharmacy

goods and services provided to the residents of a skilled nursing facility in Bloomingdale, which

at the time was owned by West Suburban Nursing and Rehabilitation Center, LLC and operated

at 311 Edgewater Drive, Bloomingdale IL 60108, in the principal amount of $207,935.94.

3.      Interest on the outstanding principal balance is accruing at the rate of one-and-a-

half percent (1.5%) per month for a total of $40,483.34 from May 1, 2007 through August 1,

2008, and continues to accrue thereafter at $122.51 per day. As of August 1, 2008, the total sum

of principal and accrued interest due to PharMerica is $248,419.28.

FURTHER, Affiant sayeth not.

Berard Tomassetti,
Senior Vice President and Chief Accounting Officer

## *ACKNOWLEDGEMENT*

STATE OF KENTUCKY    )
                     )
COUNTY OF JEFFERSON  )

SUBSCRIBED AND SWORN to before me this _1st_ day of _August_____, 2008.

_____
Notary Public

(SEAL)

2