UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHARMERICA CHICAGO, INC. ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| ) | CASE NO. 08-C-3775 |
| ) | |
| ) | |
| ) | |
| WEST SUBURBAN CARE CENTER, LLC ) | |
| F/K/A BLOOMINGDALE TERRACE II, LLC ) | |
| ) | |
| DEFENDANT ) | |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

Now Comes Plaintiff, PharMerica Chicago, Inc., for its Motion for Default Judgment under FED. R. CIV. P. 55 and for the issuance of an order of default judgment. The Plaintiff shall present this Motion on **Tuesday, August 12, 2008 at 9:30 a.m.** before the Honorable Ronald A. Guzman in courtroom 1219 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois. Per Judge Guzman's case management procedures, the accompanying proposed order was submitted to the court via e-mail.

s/ Katherine L. Hartley
Mark G. Sheridan
Katherine L. Hartley
BATES & CAREY LLP
191 North Wacker
Suite 2400
Chicago, IL 60606
(312) 762-3100
(312) 762-3200
msheridan@batescarey.com
khartley@batescarey.com

*Counsel for PharMerica Chicago, Inc.*