# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Pharmerica Chicago, Inc
         Plaintiff,

v.               Case No.: 1:08−cv−03775
               Honorable Ronald A. Guzman

West Suburban Care Center, LLC
         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 12, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Defendant not in court. Motion hearing held on 8/12/2008 as to motion by Plaintiff for default judgment [9] and continued to 9/3/2008 at 09:30 AM. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.