UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHARMERICA CHICAGO, INC. )<br>  )<br>PLAINTIFF )<br>  )<br>  )<br>v. )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>WEST SUBURBAN CARE CENTER, LLC )<br>F/K/A BLOOMINGDALE TERRACE II, LLC )<br>  )<br>DEFENDANT ) | SUPPLEMENTAL AFFIDAVIT OF<br>ACCOUNT IN SUPPORT OF<br>PLAINTIFF'S MOTION FOR<br>DEFAULT JUDGMENT<br><br>ACTION NO. 08-C-3775 |

\*\* \*\* \*\* \*\* \*\*

I, Berard Tomassetti, being first duly sworn, do on oath depose and state that:

1. I am the Senior Vice President and Chief Accounting Officer for Plaintiff, PharMerica Chicago, Inc., ("PharMerica") and I am authorized by Plaintiff to submit this supplemental affidavit in support of PharMerica's Motion for Default Judgment. (DN 9).

2. PharMerica issued invoices to Defendant for services rendered to Defendant and its residents. *See* Invoices attached as **Exhibit A**.

3. In addition to the amounts set forth in **Exhibit A**, a payment for $27,105.31 was returned for insufficient funds. *See* Accounting attached as **Exhibit B**.

4. Charges for services rendered prior to October 31, 2008 in the amount of $480.48 were billed in November, 2007. *See* **Exhibit B**.

4. The total principal balance due and owing from the Defendant to PharMerica is $207,935.94 (**Exhibit B**) excluding interest and attorneys fees.

FURTHER, Affiant sayeth not.

_____
Berard Tomassetti,
Senior Vice President and Chief Accounting Officer

## ACKNOWLEDGEMENT

STATE OF KENTUCKY   )
                    )
COUNTY OF JEFFERSON )

SUBSCRIBED AND SWORN to before me this 21st day of August, 2008.

My Commission Expires 11-29-2011

_____
Notary Public

# EXHIBIT A



KINDRED PHCY SVS
4320 DIPAOLO CENTER
GLENVIEW, IL 60025

PHONE: 847-795-1818

## STATEMENT OF ACCOUNT

STATEMENT DATE: 04/30/2007

THANK YOU FOR YOUR BUSINESS.

WEST SUBURBAN (BLOOMINGDA
CONSULTING
311 EDGEWATER DRIVE
BLOOMINGDALE  IL  60108

16CONS
GRP-16
PAGE  1

| 30 DAYS | 350.00 |
| 60 DAYS | 350.00 |
| 90 DAYS | 700.00 |

AMOUNT PAID $

*Please detach here and return top portion with your payment*

**KINDRED PHCY SVS    4320 DIPAOLO CENTER    GLENVIEW, IL 60025**

| DATE | RX NUMBER | QUANT. | DESCRIPTION | OPT CD | N/L | MED USER | AMOUNT | SALES TAX | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ** ACTIVITY FOR WEST SUBURBAN (BLOOMINGDA | | | | | | -16CONS- | | | |
| 04/30/07 | | | Payment-Thank You #6259 | | | | 350.00- | .00 | 350.00- |
| 04/30/07 | 8029528 | 1 | CONSULTING FC | 01 | * | | 350.00 | .00 | 350.00 |

TOTAL TAX .00

NON-LEGEND FOR MONTH 350.00

| Previous Balance | Charges This Month | Finance Charge | TOTAL CHARGES | Total Payments & Credits | AMOUNT DUE |
|---|---|---|---|---|---|
| 2100.00 | 350.00 | .00 | 2450.00 | 350.00 | 2100.00 |



## STATEMENT OF ACCOUNT

STATEMENT DATE: 04/30/2007
GRP-16
PAGE 1

STATEMENT RECAP TOTALS
FOR GROUP - 16

| DATE | RX NUMBER | QUANT. | DESCRIPTION | CPT N/L CD DEB | AMOUNT | SALES TAX | ITEM TOTAL |
|---|---|---|---|---|---|---|---|
| | (181- Over) | | | | 2094.50 | | |
| | (151- 180 ) | | | | 30014.13 | | |
| | (121- 150 ) | | | | 37364.85 | | |
| | ( 91- 120 ) | | | | 44156.50 | | |
| | ( 61- 90 ) | | | | 39296.58 | | |
| | ( 31- 60 ) | | | | 37097.46 | | |
| | ( 0- 30 ) | | | | 31608.70 | | |
| | Prev Balance | | | | 221632.72 | | |
| | Charges | | | | 27105.31 | | |
| | Payments | | | | 34787.82 | | |
| | Bal Forward | | | | 213950.21 | | |
| | Copay Amount | | | | 24034.00 | | |





# STATEMENT OF ACCOUNT

STATEMENT DATE: 06/30/2007
GRP-16
PAGE 1

STATEMENT RECAP TOTALS
FOR GROUP - 16

Please detach here and return top portion with your payment

| DATE | RX NUMBER | QUANT. | DESCRIPTION | DRT CD | N/L | MED CD | AMOUNT | SALES TAX | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| (181- Over) | | | | | | | 35523.37 | | |
| (151- 180 ) | | | | | | | 43318.79 | | |
| (121- 150 ) | | | | | | | 39296.58 | | |
| ( 91- 120 ) | | | | | | | 37097.46 | | |
| ( 61- 90 ) | | | | | | | 31608.70 | | |
| ( 31- 60 ) | | | | | | | 27105.31 | | |
| ( 0 - 30 ) | | | | | | | 29790.73 | | |
| Prev Balance | | | | | | | 243740.94 | | |
| Charges | | | | | | | 31342.10 | | |
| Payments | | | | | | | 83183.49 | | |
| Credits | | | | | | | 1382.05 | | |
| Bal Forward | | | | | | | 190517.50 | | |
| Copay Amount | | | | | | | 26894.00 | | |



# STATEMENT OF ACCOUNT

STATEMENT DATE:

07/31/2007
GRP-16
PAGE 1

AMOUNT PAID $

STATEMENT RECAP TOTALS
FOR GROUP - 16

*Please detach here and return top portion with your payment*

| DATE | RX NUMBER | QUANT. | DESCRIPTION | EXT CD | N/L MEDS USED | AMOUNT | SALES TAX | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| | (181- Over)........ | | | | | 2094.50 | | |
| | (151- 180 )........ | | | | | 33099.41 | | |
| | (121- 150 )........ | | | | | 36464.20 | | |
| | (91 - 120 )........ | | | | | 31008.15 | | |
| | (61 - 90 )........ | | | | | 26964.72 | | |
| | (31 - 60 )........ | | | | | 29544.42 | | |
| | (0 - 30 )........ | | | | | 31349.10 | | |
| | Prev Balance...... | | | | | 190517.50 | | |
| | Charges........... | | | | | 36217.35 | | |
| | Payments.......... | | | | | 39296.58 | | |
| | Credits........... | | | | | 279.83 | | |
| | Bal Forward....... | | | | | 187158.44 | | |
| | Copay Amount...... | | | | | 30156.15 | | |

| Previous Balance | Charges This Month | Finance Charge | TOTAL CHARGES | Total Payments & Credits | TOTAL TAX | AMOUNT DUE |
|---|---|---|---|---|---|---|
| | + | + | = | - | | = |


# STATEMENT OF ACCOUNT

STATEMENT DATE: 08/31/2007
GRP-16
PAGE 1

STATEMENT RECAP TOTALS
FOR GROUP - 16

| DATE | RX NUMBER | QUANT. | DESCRIPTION | RPT CD | NL MED | AMOUNT | SALES TAX | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| (181- Over) | | | | | | 2094.50 | | |
| (151- 180 ) | | | | | | 31167.10 | | |
| (121- 150 ) | | | | | | 31008.15 | | |
| ( 91- 120 ) | | | | | | 26964.72 | | |
| ( 61- 90 ) | | | | | | 29251.09 | | |
| ( 31- 60 ) | | | | | | 30455.53 | | |
| ( 0- 30 ) | | | | | | 32217.35 | | |
| Prev Balance | | | | | | 187150.44 | | |
| Charges | | | | | | 32496.44 | | |
| Payments | | | | | | 37097.46 | | |
| Credits | | | | | | 1165.27 | | |
| Bal Forward | | | | | | 181592.15 | | |
| Copay Amount | | | | | | 27886.04 | | |

Please detach here and return top portion with your payment

AMOUNT PAID $

Previous Balance + Charges This Month + Finance Charge − Total Payments & Credits = TOTAL CHARGES

TOTAL TAX

AMOUNT DUE =

Form # KPS-STMT4 (9/03)
Reorder From: MED-PASS 800-438-8884



# STATEMENT OF ACCOUNT

STATEMENT DATE:

STATEMENT RELAD TOTALS
FOR GROUP - 16

09/30/2007
GRP-16
PAGE   1

*Please detach here and return top portion with your payment*

| DATE | RX NUMBER | QUANT. | DESCRIPTION | CPT CD | M.D FED | AMOUNT | SALES TAX | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| (101- | Over) | | ................ | | | 2094.50 | | |
| (151- | 180 | ) | ................ | | | 24591.60 | | |
| (121- | 150 | ) | ................ | | | 26764.72 | | |
| (91 - | 120 | ) | ................ | | | 29251.09 | | |
| (61- | 90 | ) | ................ | | | 29776.45 | | |
| (31- | 60 | ) | ................ | | | 36217.35 | | |
| ( 0 - | 30 | ) | ................ | | | 32696.44 | | |
| | Prev Balance | | ................ | | | 181592.15 | | |
| | Charges | | ................ | | | 28146.30 | | |
| | Payments | | ................ | | | 31400.70 | | |
| | Bal Forward | | ................ | | | 178129.75 | | |
| | Copay Amount | | ................ | | | 25100.33 | | |

AMOUNT PAID $

TOTAL TAX =

| Previous Balance | Charges This Month | Finance Charge | TOTAL CHARGES | Total Payments & Credits | AMOUNT DUE |
|---|---|---|---|---|---|
| | + | + | = | − | = |



**STATEMENT OF ACCOUNT**

STATEMENT DATE: 10/31/2007  
GRP-16  
PAGE 1

STATEMENT RECAP TOTALS  
FOR GROUP - 16

| DATE | RX NUMBER / QUANT. | DESCRIPTION | PRC CD | N/L | MED SED | AMOUNT |
|---|---|---|---|---|---|---|
| | (181- Over) | ............ | | | | 2094.50 |
| | (151- 180 ) | ............ | | | | 20548.17 |
| | (121- 150 ) | ............ | | | | 29251.09 |
| | ( 91- 120 ) | ............ | | | | 29240.12 |
| | ( 61- 90 ) | ............ | | | | 36154.13 |
| | ( 31- 60 ) | ............ | | | | 32696.44 |
| | ( 0- 30 ) | ............ | | | | 28144.30 |
| | Prev Balance | ............ | | | | 178129.75 |
| | Charges | ............ | | | | 29904.93 |
| | Payments | ............ | | | | 27106.31 |
| | Credits | ............ | | | | 581.22 |
| | Bal Forward | ............ | | | | 180350.15 |
| | Copay Amount | ............ | | | | 21804.46 |

Please detach here and return top portion with your payment

AMOUNT PAID $

| Previous Balance | | Charges This Month | | Finance Charge | | TOTAL CHARGES | | Total Payments & Credits | | TOTAL TAX | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | + | | + | | = | | | | | | = | |

# EXHIBIT B

West Suburban A/R split (new owners)

| | | DECEMBER | November | | New Nov | AR-61-90 | AR-91-120 | AR-121-150 | AR-151-180 | AR-Over 180 |
|---|---|---|---|---|---|---|---|---|---|---|
| PD-Pat | ComR-C-Accoun | AR-0-30 Days | AR-31-60 Days | | | | | | | |
| WEST SUBI | 16MCR | 28,513.81 | 43,946.15 | | 22,974.77 | 21,540.81 | 24,480.00 | 26,562.00 | 25,943.00 | 37,510.04 |
| WEST SUBI | 16MNG | 1,870.00 | 4,077.00 | | 680.00 | 510 | 136 | 816 | 4,080.00 | 8,704.00 |
| WEST SUBI | 16MCROUT | 903.48 | 2,172.07 | | 1,102.47 | 1,138.51 | 1,227.50 | 1,051.74 | 1,152.42 | 1,831.86 |
| WEST SUBI | 16HOUSE | 1,401.59 | 426.64 | | 100.42 | 4,408.82 | 150.96 | 0 | 0 | 566.18 |
| WEST SUBI | 16MEDD | 221.15 | 218.45 | | 77.86 | 179.4 | 1,017.33 | 2,233.60 | 834.43 | 0 |
| WEST SUBI | 16MCAID | 168.94 | 1,127.59 | | 449.17 | 1,315.93 | 333.18 | 857.80 | 2,363.93 | 609.2 |
| WEST SUBI | 16NURSE | | 760 | | 380 | 380 | 380 | 380 | 667.23 | 760 |
| WEST SUBI | 16CONS | | 700 | | 350 | 350 | 350 | 350 | 380 | 700 |
| WEST SUBI | 1.7E+09 | 0 | 0 | | 0 | 0 | 0 | 0 | 350 | 2,094.50 |
| WEST SUBI | 16MNGOUT | 76.72 | 266.13 | | 19.51 | 59.46 | 47.33 | 21.44 | 167.63 | 732.12 |
| WEST SUBI | 16FAX | | 48 | | | 24 | 24 | 24 | 24 | 48 |
| | | 33,909.69 | 53,742.03 | | 26,158.20 | 29,906.93 | 28,146.30 | 32,696.44 | 36,012.54 | 53,555.90 |
| | | | | | | | | | | 27,105.31 |
| | | | | | | 30,387.41 | 28,146.30 | 32,696.44 | 36,012.54 | 80,661.21 |

|  |  |  |
|---|---|---|
|  | $33,875.69 | $26,158.20 |
| Paymt 1/25/08 | -6228.25 | -26158.2 |
|  | $27,647.44 | $0.00 |

480.48

$480.48 in medication charges billed in Nov 2007 that had dates of service prior to 11/1/07. Transfer to M. Filippo acct
$27,105.31 check was returned to our bank NSF, re-applied to M. Filippo acct

Oct 31, 2007 QS1 Statement balance:  $180,350.15
Returned Check:  $27,105.31
Nov 2007 charges for 10/31/07 and prior:  $480.48
 $207,935.94