UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHARMERICA CHICAGO, INC. )<br><br>PLAINTIFF )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>WEST SUBURBAN CARE CENTER, LLC )<br>F/K/A BLOOMINGDALE TERRACE II, LLC )<br>)<br>DEFENDANT ) | **AMENDED<br>AFFIDAVIT OF ACCOUNT**<br><br>ACTION NO. 08-C-3775 |

\*\* \*\* \*\* \*\* \*\*

I, Berard Tomassetti, being first duly sworn, do on oath depose and state that:

1.   I am the Senior Vice President and Chief Accounting Officer for Plaintiff, PharMerica Chicago, Inc., ("PharMerica") and am authorized by Plaintiff to submit this affidavit. I am familiar with the books of entry and of the business of PharMerica and according to such, Defendant West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC ("West Suburban") is indebted under its Pharmacy Services Agreement (the "Agreement") with PharMerica in the amount set forth below.

2.   PharMerica's claim under the Agreement between the parties is for the pharmacy goods and services provided to the residents of a skilled nursing facility in Bloomingdale, which at the time was owned by West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC and operated at 311 Edgewater Drive, Bloomingdale IL 60108, in the principal amount of $207,935.94.

3. Interest on the outstanding principal balance is accruing at the rate of one-and-a-half percent (1.5%) per month for a total of $41,437.22 from May 1, 2007 through September 5, 2008, and continues to accrue thereafter at $102.54 per day. As of September 5, 2008, the total sum of principal and accrued interest due to PharMerica is $249,373.16.

FURTHER, Affiant sayeth not.

Berard Tomassetti,
Senior Vice President and Chief Accounting Officer

## ACKNOWLEDGEMENT

STATE OF KENTUCKY )
)
COUNTY OF JEFFERSON )

SUBSCRIBED AND SWORN to before me this 5th day of September, 2008.

Notary Public
Notary Public, State at Large, KY
My commission expires April 10, 2011

