UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHARMERICA CHICAGO, INC. ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| ) | CASE NO. 08-C-3775 |
| ) | |
| WEST SUBURBAN CARE CENTER, LLC ) | |
| F/K/A BLOOMINGDALE TERRACE II, LLC ) | |
| ) | |
| DEFENDANT ) | |

## MEMORANDUM OF JUDGMENT

On September 9, 2008, judgment was entered in the Northern District of Illinois in favor of the plaintiff, PHARMERICA CHICAGO, INC. against defendant, WEST SUBURBAN CARE CENTER, LLC F/KA BLOOMINGDALE TERRACE II, LLC in the amount of $249,373.16.

_____
CLERK/JUDGE, UNITED STATES DISTRICT COURT

Date: _____

Tendered by:

BATES AND CAREY, LLP
Mark G. Sheridan
Katherine L. Hartley
191 North Wacker
Suite 2400
Chicago, IL 60606
(312) 762-3100
(312) 762-3200
msheridan@batescarey.com
khartley@batescarey.com


-and-

Of Counsel-

Benjamin C. Fultz
Phillip A. Martin
Chacey R. Ford,
FULTZ MADDOX HOVIOUS & DICKENS, PLC
National City Tower
101 South Fifth Street, Suite 2700
Louisville, Kentucky 40202
(502) 588-2000
 (502) 588-2020
bfultz@fmhd.com
pmartin@fmhd.com
cford@fmhd.com