UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHARMERICA CHICAGO, INC. | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) |
| | ) CASE NO. 08-C-3775 |
| | ) |
| | ) |
| | ) |
| WEST SUBURBAN CARE CENTER, LLC | ) |
| F/K/A BLOOMINGDALE TERRACE II, LLC | ) |
| | ) |
| DEFENDANT | ) |

## MOTION FOR MEMORANDUM OF JUDGMENT

NOW COMES Plaintiff PharMerica Chicago, Inc. ("PharMerica"), through its attorneys, and for its motion for a memorandum of judgment, states that on September 9, 2008, judgment was entered in the Northern District of Illinois in favor of the PharMerica and against defendant, West Suburban Care Center, LLC f/k/a Bloomingdale Terrace II, LLC in the amount of $249,373.16. A copy of the signed Default Judgment is attached as Exhibit 1. Pharmerica now requests that this Honorable Court approve and execute the attached Memorandum of Judgment. A copy of the proposed Memorandum of Judgment is attached as Exhibit 2.

WHEREFORE Plaintiff Pharmerica prays that this Court enter the attached Memorandum of Judgment or for such other relief as this Court deems appropriate.

Dated:   December 17, 2008		Respectfully submitted,

							BATES AND CAREY, LLP


							/s/Katherine L. Hartley
							Mark G. Sheridan
							Katherine L. Hartley
							191 North Wacker
							Suite 2400
							Chicago, IL 60606
							(312) 762-3100
							(312) 762-3200
							msheridan@batescarey.com
							khartley@batescarey.com


							-and-

							Of Counsel-

							Benjamin C. Fultz
							Phillip A. Martin
							Chacey R. Ford,
							FULTZ MADDOX HOVIOUS & DICKENS, PLC
							National City Tower
							101 South Fifth Street, Suite 2700
							Louisville, Kentucky 40202
							(502) 588-2000
							 (502) 588-2020
							bfultz@fmhd.com
							pmartin@fmhd.com
							cford@fmhd.com